UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

                              RE:   Nora Ann Sainz
                                      Docket Number:   2:06CR496-01
                                      **CONTINUANCE OF JUDGMENT**
                                      **AND SENTENCING**

Sir:

Per agreement with both counsel, it is respectfully requested that the above-referenced case be continued from June 22, 2007 to July 27, 2007, at 10:00 a.m. (See attached amended Schedule for Disclosure.)

**REASON FOR CONTINUANCE:** The defendant will not be interviewed until June 1, 2007 based on the conflicting schedules of defense counsel and the probation officer. All parties agree a continuance is appropriate.

By copy of this memorandum, the Court Clerk is being requested to make appropriate changes in the Court calendar.

                                                     Respectfully submitted,


                                                     **Teresa C. Hoffman**
                                                   **United States Probation Officer**

**REVIEWED BY:** _____
                         **Terri L. Wilkins**
                         **Supervising United States Probation Officer**

Dated:        May 21, 2007
                 Sacramento, California
                 tch

**RE:   Nora Ann Sainz
        Docket Number:   2:06CR496-01
        CONTINUANCE OF JUDGMENT AND SENTENCING**

Attachment

cc:   Clerk, United States District Court
      United States Attorney's Office
      United States Marshal's Office
      Olaf Hedberg, Defense Counsel
      Probation Office Calendar clerk


  X   **Approved**        /s/ Edward J. Garcia                5/22/07
                   **EDWARD J. GARCIA**
                   **Senior United States District Judge**      **Date**
      **Disapproved**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Criminal Number:  2:06CR496-01 |
| Plaintiff, | SCHEDULE FOR DISCLOSURE OF PRESENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRESENTENCE REPORT |
| vs. | |
| **Nora Ann SAINZ** | |
| Defendant. | |

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court:

| | |
|---|---|
| Judgment and Sentencing Date: | 07/27/2007 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 07/20/2007 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | 07/13/2007 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | 07/06/2007 |
| The proposed Presentence Report shall be disclosed to counsel no later than: | 06/22/2007 |

Rev. 05/2006
CONTINUANCE ~ TO JUDGE (EJG).MRG