UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

                RE:   Nora Ann Sainz
                      Docket Number:   2:06CR496-01
                      **CONTINUANCE OF JUDGMENT**
                      **AND SENTENCING**

Sir:

Per agreement with both counsel, it is respectfully requested that the above-referenced case be continued from July 27, 2007 to August 24, 2007, at 10:00 a.m. (See attached amended Schedule for Disclosure.)

**REASON FOR CONTINUANCE:** The probation officer's investigation is still ongoing. There are outstanding records to be received and reviewed which are pertinent to this case. All parties agree a continuance is appropriate.

By copy of this memorandum, the Court Clerk is being requested to make appropriate changes in the Court calendar.

                      Respectfully submitted,

                      /s/ Teresa C. Hoffman

                      **Teresa C. Hoffman**
                      **United States Probation Officer**

**REVIEWED BY:**   s/s Terri L. Wilkins
                    **Terri L. Wilkins**
                    **Supervising United States Probation Officer**

Dated:       June 20, 2007
              Sacramento, California
              tch

**RE:  Nora Ann Sainz**
    **Docket Number:   2:06CR496-01**
    **CONTINUANCE OF JUDGMENT AND SENTENCING**

Attachment

cc:   Clerk, United States District Court
      United States Attorney's Office
      United States Marshal's Office
      Olaf Hedberg, Defense Counsel
      Probation Office Calendar clerk


 XX   **Approved**        /s/ Edward J. Garcia                6/20/07
                    **EDWARD J. GARCIA**
                    **Senior United States District Judge**      **Date**
      **Disapproved**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Criminal Number:  2:06CR496-01 |
| Plaintiff, | SCHEDULE FOR DISCLOSURE OF PRESENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRESENTENCE REPORT |
| vs. | |
| **Nora Ann SAINZ** | |
| Defendant. | |

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court:

| | |
|---|---|
| Judgment and Sentencing Date: | 08/24/2007 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 08/17/2007 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | 08/10/2007 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | 08/03/2007 |
| The proposed Presentence Report shall be disclosed to counsel no later than: | 07/20/2007 |