Olaf W. Hedberg, SBN #151082
Olaf W. Hedberg, Attorney at Law
1107 9th St., Suite 850
Sacramento, CA 95814
(916) 447-1192
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. CR-S-06-496-EJG |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER. |
| vs. ) | |
| ) | Date: August 24, 2007 |
| NORA A. SAINZ ) | Time: 10:A.M. |
| ) | Judge: Hon. Edward J. Garcia |
| Defendant. ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective

counsel, MICHELLE RODRIGUEZ, Assistant Untied States Attorney, attorney for Plaintiff, and

OLAF HEDBERG, attorney for defendant that the imposition of judgement and sentence in this

matter now scheduled for August 24, 2007 at 10 AM be continued to October 5, 2007 at 10

A.M. before the Honorable Edward J. Garcia. The defense has been diligently seeking to obtain

documentation relevant to the amount of restitution due victim Golden One Credit Union.

Additional time is needed to secure that documentation.

For the reasons set forth, it is necessary that the judgement and sentence in this case now

set for August 24, 2007 be continued until October 5, 2007.

IT IS SO STIPULATED.

                                                Respectfully submitted,
Dated this 17th day of August, 2007
By /s/ Olaf Hedberg
Olaf W. Hedberg, Attorney at Law
Attorney for Nora Saenz

Dated this 17th day of August, 2007
MCGREGOR W. SCOTT
United States Attorney
/s/ Olaf Hedberg for Michelle Rodriguez
Michelle Rodriguez
Assistant U.S. Attorney

## ORDER

GOOD CAUSE APPEARING for the reasons set forth in the stipulation between counsel, the date for the imposition of judgment and sentence in this matter is continued to October 5, 2007 at 10:00 a.m.

**IT IS SO ORDERED**

DATED:   August 17, 2007

/s/ Edward J. Garcia
HONORABLE EDWARD J. GARCIA
District Court Judge